Diamond Wall Cement Company, appellant,

*v.*

Board of Education of Township of Ridgewood et al., respondents.

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *97 N. J. Eq. 65.*

*Messrs. Bilder & Bilder,* for the complainants.

*Mr. Cornelius Doremus* and *Messrs. Forl & Shipman,* for the defendant.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—The Chief-Justice, Trenchard, Parker, Minturn, Kalisch, Black, Katzenbach, Campbell, Lloyd, White, Gardner, Van Buskirk, Clark, McGlennon, Kays, JJ.   15.

*For reversal*—None.